# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

137443 (122)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SHEPHERD MONTESSORI CENTER MILAN,
      Plaintiff-Appellee,

v

SC: 137443
COA: 272357
Washtenaw CC: 00-001072-AS

ANN ARBOR CHARTER TOWNSHIP,
ANN ARBOR CHARTER TOWNSHIP ZONING
OFFICIAL, and ANN ARBOR CHARTER
TOWNSHIP ZONING BOARD OF APPEALS,
      Defendants-Appellants.

_____/

      On order of the court, the motion for review of taxation of costs is DENIED pursuant to MCL 600.2445, MCR 7.219, and MCR 7.318.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

_____
Clerk

p0131